**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **NOVELPOINT SECURITY LLC,**<br><br>                              Plaintiff,<br><br>v.<br><br>**MOTOROLA SOLUTIONS, INC.,**<br><br>                              Defendant. | Case No. 2:12-cv-116<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**AGREED MOTION FOR STAY OF PROCEEDINGS
<u>PENDING FINALIZATION OF SETTLEMENT</u>**

Plaintiff NovelPoint Security LLC ("NovelPoint") hereby files this Agreed Motion for Stay of Proceedings Pending Finalization of Settlement in this case, and in support thereof shows the Court as follows:

NovelPoint and Defendant Motorola Solutions, Inc. ("Motorola") have agreed to a settlement of this case, and they are in the process of performing under their settlement agreement. Pursuant to the settlement agreement, the parties anticipate that an agreed motion to dismiss this case can be filed with the Court in approximately three weeks. The requested stay would run until Wednesday, August 8, 2012. The parties further request that if the dismissal cannot be completed by August 8, 2012, the stay will automatically expire absent a further motion for good cause shown, and Motorola will have a deadline of Wednesday, August 22, 2012, to answer or otherwise respond to the Complaint. A proposed order granting this Agreed Motion is attached.

Wherefore, Plaintiff NovelPoint Security LLC respectfully requests that the Court enter the proposed order submitted with this Motion as set forth above, and grant the parties such other and further relief to which they are entitled.

Dated: July 19, 2012　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ Craig Tadlock
　　　　　　　　　　　　　　　　　　　　Craig Tadlock
　　　　　　　　　　　　　　　　　　　　State Bar No. 00791766
　　　　　　　　　　　　　　　　　　　　Keith Smiley
　　　　　　　　　　　　　　　　　　　　State Bar No. 24067869
　　　　　　　　　　　　　　　　　　　　TADLOCK LAW FIRM PLLC
　　　　　　　　　　　　　　　　　　　　2701 Dallas Parkway, Suite 360
　　　　　　　　　　　　　　　　　　　　Plano, Texas 75093
　　　　　　　　　　　　　　　　　　　　903-730-6789
　　　　　　　　　　　　　　　　　　　　craig@tadlocklawfirm.com
　　　　　　　　　　　　　　　　　　　　keith@tadlocklawfirm.com

　　　　　　　　　　　　　　　　　　　　***Attorneys for Plaintiff NovelPoint Security LLC***


　　　　　　　　　　　　　　　　　　　　 /s/ Michael E. Jones
　　　　　　　　　　　　　　　　　　　　Michael E. Jones
　　　　　　　　　　　　　　　　　　　　State Bar No. 10929400
　　　　　　　　　　　　　　　　　　　　mikejones@potterminton.com
　　　　　　　　　　　　　　　　　　　　Potter Minton, P.C.
　　　　　　　　　　　　　　　　　　　　110 N. College Ave., Suite 500
　　　　　　　　　　　　　　　　　　　　Tyler, Texas 75702
　　　　　　　　　　　　　　　　　　　　Tel: 903-597-8311
　　　　　　　　　　　　　　　　　　　　Fax: 903-593-0846

　　　　　　　　　　　　　　　　　　　　***Attorneys for Defendant Motorola Solutions, Inc.***

**CERTIFICATE OF CONFERENCE**

  I hereby certify that on July 19, 2012, I conferred by email with counsel for Defendant Motorola Solutions, Inc., at Potter Minton, P.C., 110 N. College Ave., Suite 500, Tyler, Texas 75702, phone 903-597-8311. Counsel for Motorola and I agreed to the form and substance of this motion and all relief requested therein. Accordingly, this motion is an agreed motion.

            /s/ Craig Tadlock
            Craig Tadlock

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that, on this the 19th day of July, 2012, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

            /s/ Craig Tadlock
            Craig Tadlock