**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **NOVELPOINT SECURITY LLC,** <br><br>           Plaintiff, <br><br> v. <br><br> **MOTOROLA SOLUTIONS, INC.,** <br><br>           Defendant. | Case No. 2:12-cv-116 <br><br> **PATENT CASE** <br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING AGREED MOTION FOR STAY OF PROCEEDINGS**
**PENDING FINALIZATION OF SETTLEMENT**

On this date the Court considered the Agreed Motion for Stay of Proceedings Pending Finalization of Settlement in this case, filed by Plaintiff NovelPoint Security LLC ("NovelPoint"). The Court is of the opinion that such Agreed Motion should be **GRANTED**.

It is therefore **ORDERED** that all pending deadlines as to Defendant Motorola Solutions, Inc. ("Motorola") are stayed until Wednesday, August 8, 2012. If the parties do not file dismissal papers by August 8, 2012, the stay will automatically expire absent a further motion for good cause shown, and Motorola will have a deadline of Wednesday, August 22, 2012, to answer or otherwise respond to the Complaint.

**SIGNED this 20th day of July, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE