**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **NOVELPOINT SECURITY LLC,**<br><br>                    Plaintiff,<br><br>v.<br><br>**MOTOROLA SOLUTIONS, INC.,**<br><br>                    Defendant. | Case No. 2:12-cv-116<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**AGREED MOTION TO DISMISS WITH
PREJUDICE, PURSUANT TO SETTLEMENT**

Pursuant to Fed. R. Civ. P. 41 and pursuant to a settlement agreement between the parties, Plaintiff NovelPoint Security LLC ("NovelPoint") hereby moves to dismiss with prejudice NovelPoint's claims against Defendant Motorola Solutions, Inc. ("Motorola") in this case, with each party to bear its own costs, expenses and attorneys' fees.

Dated: July 31, 2012                              Respectfully submitted,

                                                                    */s/ Craig Tadlock*
                                                                    Craig Tadlock
                                                                    State Bar No. 00791766
                                                                    Keith Smiley
                                                                    State Bar No. 24067869
                                                                    TADLOCK LAW FIRM PLLC
                                                                    2701 Dallas Parkway, Suite 360
                                                                    Plano, Texas 75093
                                                                    903-730-6789
                                                                    craig@tadlocklawfirm.com
                                                                    keith@tadlocklawfirm.com

                                                                    *Attorneys for Plaintiff NovelPoint Security LLC*


                                                                    */s/ Michael E. Jones*
                                                                    Michael E. Jones

>State Bar No. 10929400
>mikejones@potterminton.com
>Potter Minton, P.C.
>110 N. College Ave., Suite 500
>Tyler, Texas 75702
>Tel: 903-597-8311
>Fax: 903-593-0846
>
>***Attorneys for Defendant Motorola Solutions, Inc.***

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 31, 2012, I conferred by email with counsel for Defendant Motorola Solutions, Inc., Michael Jones at Potter Minton, P.C., 110 N. College Ave., Suite 500, Tyler, Texas 75702, phone 903-597-8311.  Counsel for Motorola and I agreed to the form and substance of this motion and all relief requested therein.  Accordingly, this motion is an agreed motion.

>/s/ Craig Tadlock
>Craig Tadlock

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 31st day of July, 2012, the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).

>/s/ Craig Tadlock
>Craig Tadlock