**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **NOVELPOINT SECURITY LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **MOTOROLA SOLUTIONS, INC.,** <br><br> Defendant. | Case No. 2:12-cv-116 <br><br> **PATENT CASE** <br><br> **JURY TRIAL DEMANDED** |

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the Agreed Motion to Dismiss with Prejudice, Pursuant to Settlement, filed by Plaintiff NovelPoint Security LLC ("NovelPoint") and agreed by Motorola Solutions, Inc. ("Motorola"), the Court is of the opinion that such Motion should be **GRANTED**.

It is therefore **ORDERED** that NovelPoint's claims against Defendant Motorola are dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 1st day of August, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE